**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000670
12-AUG-2026
08:03 AM
Dkt. 49 OGMR**

NO. CAAP-25-0000670

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

A.S. nka A.J., Plaintiff-Appellant,
v.
B.S., Defendant-Appellee.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1DV211007519)

ORDER GRANTING MOTION FOR RECONSIDERATION
(By: Leonard, Presiding Judge, Hiraoka and McCullen, JJ.)

Upon consideration of Plaintiff-Appellant A.S.'s August 3, 2026 Motion for Relief from Default and to Reinstate Appeal Pursuant to [Hawaiʻi Rules of Appellate Procedure (**HRAP**)] Rules 2 and 26(e) (**Motion**), which the court construes as a motion to suspend the time to file a motion for reconsideration of the June 1, 2026 Order Dismissing Appeal, under HRAP Rules 2 and 40(a), and a motion for reconsideration of the June 1, 2026 order, under HRAP Rule 40, the papers in support, and the record, it appears that A.S. demonstrates good cause to suspend the time to file a motion for reconsideration and to reinstate the appeal.

Therefore, IT IS HEREBY ORDERED that the Motion is granted and the appeal is reinstated. See HRAP Rules 2, 26(e), 40. The deadline to file the statement of jurisdiction and opening brief is extended to September 11, 2026. Any further default of the statement of jurisdiction or opening brief may result in sanctions authorized by HRAP Rules 12.1(e) or 30,

including, without limitation, monetary sanctions, the appeal being dismissed, or both.

DATED:  Honolulu, Hawaiʻi, August 12, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge